COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION


G. Paul Marx
Attorney at Law
P. O. Box 82389
Lafayette LA 70598-2389


REHEARING ACTION: April 30, 2008


Docket Number: 07   01000-KA

STATE OF LOUISIANA
VERSUS
DENNIS CHARLES ALFRED

Appealed from Lafayette Parish Case No. 110517


BEFORE JUDGES:

Hon. Oswald A. Decuir
Hon. Jimmie C. Peters
Hon. Marc T. Amy


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dennis Charles Alfred** has this day been

GRANTED (See attached opinion)


cc: Michael Harson, Counsel for the Appellee